**Cedric O. HOWARD, Plaintiff–Appellant,**

v.

**Doria SELLING, Defendant–Appellee.**

**No. 08–16863.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 6, 2010.

Cedric O. Howard, Indian Springs, NV, pro se.

See Fed. R.App. P. 34(a)(2).

---

\* The panel unanimously concludes this case is suitable for decision without oral argument.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Cedric O. Howard, a Nevada state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that the Nevada Parole Board denied him institutional parole. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under 28 U.S.C. § 1915(e)(2), *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order), and 28 U.S.C. § 1915A, *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed the action because Howard's claim that he was denied institutional parole is *Heck*-barred. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994); *Butterfield v. Bail,* 120 F.3d 1023, 1024–25 (9th Cir.1997) ("Few things implicate the validity of continued confinement more directly than the allegedly improper denial of parole.").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).